JAMES MILLIGAN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs.  All concur, Kruse, P. J., not sitting.

RUSSEL S. JOHNSON, Appellant, v. JAMES H. WHALEY and THE CITY OF ROME, Respondents.— Judgment and order affirmed, with costs.  All concur.

ANDREW F. HALE, Appellant, v. THEODORE H. RAUTENBERG, Respondent. — Judgment affirmed, with costs.  All concur, Kruse, P. J., not sitting.

CHRISTIAN PAWLIK, Respondent, v. JULIUS S. BERKMAN, Appellant.— Order affirmed, with costs.  All concur.

LOUISE BURKART, Respondent, v. ORLANDO ADAMS, Appellant.— Judgment and order affirmed, with costs.  All concur.

GEORGE J. MERKLING, Respondent, v. LEON BROTHERS, INC., Appellant.— Judgment and order affirmed, with costs.  All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK SHIPSTON, Respondent, v. MAXWELL M. THOMPSON, as Mayor of the City of Niagara Falls, and Others, Appellants.— Order affirmed, with costs.  All concur. Motion for leave to appeal to Court of Appeals granted with stay pending appeal.

In the Matter of the Application of CHARLES P. SEELEY, as Sheriff of the County of Seneca, for a Writ of Mandamus to GEORGE T. PURCELL, as County Clerk of Said County.— Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Incorporation of the LEGAL AID SOCIETY OF ROCHESTER, N. Y.— Articles of incorporation approved.

JOSEPH PARADOWSKI, Appellant, v. EGNATZ MILOSTA, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

DOROTHY PARADOWSKA, an Infant, etc., Appellant, v. EGNATZ MILOSTA, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Probate of the Last Will and Testament of JOSEPH STEINFIELD, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent, v. FRED PIERCE SAND COMPANY, Appellant.— Motion granted and appeal dismissed, with costs, including ten dollars costs of motion.

In the Matter of the Application of RAYMOND W. CULROSS for a Determination as to the Construction and Effect of, etc., of the Last Will and Testament of JOSEPH HALL, Deceased.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to Court of Appeals denied.